IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| SUSANA SPERONI POSADAS,<br>SUSANA SPERONI CARROLL,<br>RODRIGO PIZARRO LASTRA, | * <br> * <br> * <br> * | CIVIL NO. 97-2323 (JAF) |
| Plaintiffs, | * <br> * | |
| v. | * <br> * | |
| FLAMENCO AIRWAYS, INC.,<br>AMERICAN EAGLE INSURANCE CO.,<br>now GREAT AMERICAN INSURANCE<br>COMPANY, | * <br> * <br> * <br> * <br> * | |
| Defendants. | * <br> * | |
| FLAMENCO AIRWAYS, INC.,<br>AMERICAN EAGLE INSURANCE CO.,<br>now GREAT AMERICAN INSURANCE<br>COMPANY, | * <br> * <br> * <br> * <br> * | |
| Third Party Plaintiffs, | * <br> * <br> * <br> * | |
| v. | * | |
| AEROBIEKE, INC., PABLO SPERONI,<br>and "X" INSURANCE COMPANY, INC.,<br>JOHN DOE; INDUSTRY AND COMMERCE<br>INSURANCE COMPANY; and PUERTO<br>RICO PORTS AUTHORITY, | * <br> * <br> * <br> * <br> * <br> * | |
| Third Party Defendants. | * <br> * | |



## ORDER ADMITTING ATTORNEYS *PRO HAC VICE*

THIS COURT having considered the Motion of Mark A. Dombroff, Esq. and Charles W. Ryan, III, Esq. for admission *pro hac vice* to this Court, and being fully advised in the premises,

HEREBY ORDERS that the appearances of Mark A. Dombroff and Charles W. Ryan, III, are entered on behalf of Defendant Flamenco Airways, Inc.

FURTHER ORDERS that Mark A. Dombroff and Charles W. Ryan, III are admitted to practice *pro hac vice* in this Court for all matters on behalf of Defendant Flamenco Airways, Inc.

SO ORDERED this _3rd_ day of _September_, 1999.

_____
UNITED STATES DISTRICT COURT JUDGE