UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUSANA SPERONI POSADAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLAMENCO AIRWAYS, INC., et al.,<br><br>    Defendants.<br>_____<br><br>FLAMENCO AIRWAYS, INC. and AMERICAN EAGLE INSURANCE CO., now GREAT AMERICAN INSURANCE CO.,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>AEROBIEKE, INC.; PABLO SPERONI; X INSURANCE COMPANY, INC.; JOHN DOE; INDUSTRY & COMMERCE INSURANCE CO., and PUERTO RICO PORTS AUTHORITY,<br><br>    Third-Party Defendants. | Civil No. 97-2323 (JAF) |

**O R D E R**

Civil No. 97-2323 (JAF)                                                                 2-

The "Joint Motion Requesting Leave to Withdraw and Announcing New Legal Representation," filed June 14, 1999, <u>Docket Document No. 53</u>, is **GRANTED**.

Regarding <u>Docket Document No. 54</u>, the court has granted the motion for admission *pro hac vice* under separate cover. However, this ruling is subject to payment of the corresponding filing fee within the next fifteen (15) days.

A Settlement Conference will be held on **September 29, 1999, at 11:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 10th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge