IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUSANA SPERONI POSADA,
et al.,

    Plaintiffs,

vs.                                                                      CIVIL NO. 97-2323 (JAF)

FLAMENCO AIRWAYS, INC.,
et al.,

    Defendants

---

FLAMENCO AIRWAYS, INC. and
AMERICAN EAGLE INSURANCE
CO., now GREAT AMERICAN
INSURANCE CO.,

    Third-Party Plaintiffs,

v.

AEROBIEKE, INC.; PABLO SPERONI;
X INSURANCE COMPANY, INC.;
JOHN DOE; INDUSTRY &
COMMERCE INSURANCE CO., and
PUERTO RICO PORTS AUTHORITY,

    Third-Party Defendants.



## JUDGMENT

At a Settlement Conference held today plaintiffs inform they have settled their claim against Flamenco Airways, Inc. and its Underwriters in the amount of $180,000 to be deposited with the Clerk of the Court. The parties will decide how the monies will be

Civil No. 97-2323 (JAF)                                                                 PAGE 2

apportioned and will so inform the Court in writing. Each party shall bear their own costs and attorneys' fees.

Third-party defendants, Puerto Rico Ports Authority, will contribute as settlement the sum of $10,000.00. Regarding the state court litigation an agreement between Flamenco and P. R. Ports Authority has been reached to the effect that there will be no counter or cross claims.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 29th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE